UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-CR-00103-JRG |
| | ) | |
| vs. | ) | |
| | ) | |
| VINCENT LEE FERGUSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

Defendants, Stephanie Lynn Kaemmerer, Matthew Lee Ferguson and Vincent Lee Ferguson, have filed motions to adopt [Docs. 93, 94 & 95] certain motions and supporting memoranda filed by co-Defendant Matthew Martland. The Motions are **GRANTED**.

Defendants Kaemmerer, Matthew Lee Ferguson, and Vincent Lee Ferguson are deemed to have adopted the following motions and, as applicable, each memorandum in support of same filed by Defendant, Matthew Martland:

    1.    Motion to Dismiss Superseding Indictment for Insufficiency and Failure to State an Offense and the accompanying Memorandum [Docs. 72 & 73];

    2.    Motion to Dismiss the Superseding Indictment Because the Charged Offenses are Unconstitutionally Vague as Applied and the accompanying Memorandum [Docs. 79 & 80];

    3.    Motion to Compel Government to Provide Exhibit and Witness List [Doc. 81];

    4.    Motion to Suppress Warrantlessly Seized Email Communications and the accompanying Memorandum [Docs. 82 & 83];

5. Motion to Dismiss for Failure to State an Offense Given that Certain Statutes Allegedly Violated are not Applicable to Non-Government Purchasers [Doc. 84];

6. Motion for Bill of Particulars and the accompanying Memorandum [Docs. 85 & 86];

7. Motion for Notice Pursuant to Rule 12(b)(4)(B) of Government's Intention to Use Evidence Arguably Subject to Suppression and Evidence Government Intends to Introduce in its Case in Chief at Trial [Doc. 87];

8. Motion to Dismiss Forfeiture Allegations in Superseding Indictment Based on Improper Charging of Joint and Several Liability [Doc. 88]; and

9. Motion for Hearing to Determine Existence of Conspiracy and the accompanying Memorandum [Docs. 89 & 90].

Defendant, Vincent Lee Ferguson is also deemed to have adopted the following motion and memorandum in support of same filed by Defendant, Matthew Martland:

1. Motion for Severance of Defendants at Trial and Memorandum in Support [Docs. 91 & 92].

SO ORDERED:

s/ Clifton L. Corker
United States Magistrate Judge